**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| JAMAL S. WILLIAMS, JR. | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | |
| J. TERRA, *et al.* | : | NO. 25-4756 |

**ORDER**

**AND NOW**, this 25TH  day of June, 2026, upon consideration of the Petition for Writ of

Habeas Corpus, the Commonwealth's Motion to Dismiss, the other documents filed by the parties,

and after review of the Report and Recommendation of United States Magistrate Judge Carol

Sandra Moore Wells, there being no timely objections filed by Petitioner,  it is hereby **ORDERED**

that:

1. The Report and Recommendation is **APPROVED AND ADOPTED**.

2. Respondent's Motion to Dismiss is **GRANTED**.

3. The Petition for a Writ of Habeas Corpus is **DISMISSED** and **DENIED**, without an evidentiary hearing.

4. Petitioner has neither shown denial of a federal constitutional right, nor established that reasonable jurists would disagree with this court's procedural disposition of his claims. Consequently, a certificate of appealability is **DENIED**.

5. The Clerks Office shall mark this case **CLOSED**.

**IT IS SO ORDERED**.

**BY THE COURT**:

S/ WENDY BEETLESTONE

_____

Wendy Beetlestone, Ch. J.